ORDERED.

Dated:  March 13, 2018

_____
Michael G. Williamson
Chief United States Bankruptcy Judge

**UNITED STATES BANKRUPTCY COURT**
**MIDDLE DISTRICT OF FLORIDA**
**TAMPA DIVISION**
**www.flmb.uscourts.gov**

In re:                                                                                  Case No. 8:16-bk-08766-MGW
                                                                                            Chapter 13
FREDERICK DANY ROSS

Debtor(s)[1]
_____/

**ORDER CONTINUING AND RESCHEDULING CONFIRMATION**
**HEARING AND HEARING ON OBJECTIONS TO CONFIRMATION**

THIS CASE came on for a duly-scheduled Confirmation Hearing on March 12, 2018 and it appearing that more time was required to consider confirmation, and the Court, having heard argument of counsel and being otherwise duly advised in the circumstances, it is

**ORDERED:**

1.      The Confirmation Hearing and Hearing on Objections to Confirmation is hereby rescheduled to June 25, 2018 at 1:35 p.m., before the Honorable Michael G. Williamson, United States Bankruptcy Judge, at Sam M. Gibbons United States Courthouse, 801 North Florida Avenue, Courtroom 8A, Tampa, Florida.

---

[1] All reference to "Debtor" shall include and refer to both of the Debtors in a case filed jointly by two individuals.

2. **THIS IS THE FINAL CONTINUANCE FOR CONFIRMATION IN THIS CASE.**

3. At least fourteen (14) days prior to the hearing, the Debtor shall correct any deficiencies or problems listed in the Recommendation or previously raised by the Chapter 13 Trustee's office concerning confirmation of the Chapter 13 Plan.

4. Any Amended Budget, Statements or Schedules must be filed at least fourteen (14) days prior to the continued hearing date.

5. If the Debtor files an Amended Budget, Statements, Schedules, the documents that support the changes reflected in those amendments, must be provided to and received by the Chapter 13 Trustee's office at least fourteen (14) days prior to the continued hearing date.

6. Additionally, any documents or other items requested by the Chapter 13 Trustee's office must be provided to and received by the Chapter 13 Trustee's office at least fourteen (14) days prior to the continued hearing date.

7. Any Amended Chapter 13 Plan must be filed no later than twenty five (25) days prior to the continued hearing date.

8. All objections to claims, motions to determine secured status, or motions to strip and/or avoid liens or other matters necessary for confirmation of the Chapter 13 Plan must be resolved at least fourteen (14) days prior to the continued hearing date.

9. The failure of the Debtor or Debtor's attorney to timely comply with any of the provisions contained within this order shall result in the automatic disgorgement of $350.00 from the total amount of Debtor's attorney's fee received, or to be received through the Plan payments made to date, unless cause can be shown to the Chapter 13 Trustee prior to the continued confirmation hearing, as herein provided, that the delay in compliance was beyond the control of

the Debtor or Debtor's attorney. The failure to comply with any of the provisions contained within this order may also result in the dismissal of this case.

Kelly Remick, Chapter 13 Standing Trustee, is directed to serve a copy of this Order on interested parties and file a proof of service within three (3) days of entry of the Order.
KR/CCP/ns                                                              C13T 03/13/18